```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
BANGLADESH BANK,                                             :
                                                             :
                                  Plaintiff,                 :
                                                             :    19 Civ. 00983 (LGS)
                  -against-                                  :
                                                             :    ORDER
RIZAL COMMERCIAL BANKING                                     :
CORPORATION, ET AL.,                                         :
                                                             :
                                  Defendants.                X
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

In light of the Opinion and Order dated March 20, 2020, at Dkt. No. 168, dismissing the Complaint's only federal claim and declining to exercise supplemental jurisdiction over the remaining state law claims, it is **ORDERED** that this case is closed. The Clerk of Court is respectfully directed to close the case.

Dated: April 6, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**